1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Correia

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    ) Case No. 2:23-cr-00082-JAM
11                              )
           Plaintiff,           ) **STIPULATION AND ORDER TO CONTINUE**
12                              ) **STATUS HEARING AND EXCLUDE TIME**
        vs.                     )
13                              ) Date: July 11, 2023
   AARON CORREIA,               ) Time: 9:00 a.m.
14                              ) Judge: John A. Mendez
           Defendant.           )
15 ─────────────────────────────

16       IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17 Phillip A. Talbert, through Assistant United States Attorney Haddy Abouzeid, counsel for

18 Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Aaron Correia, that the previously scheduled Status

20 Hearing set for July 11, 2023 be continued to September 26, 2023 at 9:00 a.m.

21       The parties specifically stipulate as follows:

22   1.  By previous order, the Status Hearing is currently scheduled for July 11, 2023 at
23       9:00 a.m.  Time has been ordered excluded through that date.

24   2.  Mr. Correia respectfully requests that the Court continue the Status Hearing to
25       **September 26, 2023, at 9:00 a.m.**

26   3.  The government has produced 101 pages and various audio recordings in
27       discovery.  Mr. Correia requires additional time to review the discovery;

28

investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

4. Mr. Correia believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Correia's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 11, 2023 and September 26, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Correia in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2023

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Correia

Date: July 6, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Haddy Abouzeid*
HADDY ABOUZEID
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 06, 2023                              /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  SENIOR UNITED STATES DISTRICT JUDGE