UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 17, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00082-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |
| AARON MICHAEL CORREIA | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to temporarily release **Defendant <u>AARON MICHAEL CORREIA</u>**, Case No. <u>2:23-cr-00082-JAM</u> (E.D. Cal.) Charges <u>18 U.S.C. § 922(g)(1),</u> from custody for the following reasons:  limited to attending funeral services for Defendant's father, Anthony Gene Correia, in San Jose, California.

Defendant is ordered temporarily released to the third party custody of defendant's mother, Vicky Fleshman, on **7/20/2024 at 5:00 AM and returned to the county jail no later than 6:00 PM on 7/20/2024**. The County Jail is also ordered to provide Defendant with any medication that Defendant normally takes on a daily basis between 5:00 AM to 6:00 PM so that he may take his medication during his temporary release.

Issued at Sacramento, California on July 17, 2024 at 2:00 PM.

By: _____

Magistrate Judge Chi Soo Kim