HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Correia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00082-JAM |
| Plaintiff, | ) | **ORDER TO SEAL (ECF No. 51)** |
| vs. | ) | Judge: John A. Mendez |
| AARON MICHAEL CORREIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Request to file Exhibit B to Defendant's

Sentencing Memorandum (ECF no. 46) under seal be **GRANTED** so that this information is not

available on the public docket. The records are to be provided to the Court and Government

counsel.

These documents shall remain under seal until further Order of the Court.

Dated: February 12, 2025                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE